**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------

SPIDER LABS, LTD.,

       Plaintiff,

- Against -

JOHN DOE,

       Defendant.

------------------------------------------------------

**Civil Action No. 20-CV-05457-LAP**

**STATUS REPORT**

    Plaintiff, Spider Labs, Ltd. ("Spider Labs" or "Plaintiff"), by and through its undersigned counsel, submits this Status Report as follows.

    1.    On July 20, 2020, the Court granted Plaintiff's motion for expedited discovery in which Plaintiff sought limited leave to serve subpoenas seeking information regarding the identity of John Doe. [Dkt. No. 7.]

    2.    On July 23, 2020, in accordance with the Court's ruling, Plaintiff served four subpoenas pursuant to Fed. R. Civ. P. 45 on Google, LLC; Charter Communications, Inc.; GoDaddy.com LLC; and LinkedIn Corporation (the "Subpoenas").

    3.    On August 13, 2020, prior to the return date for the Subpoenas, counsel for Defendant John Doe simultaneously filed three motions in three separate courts (the United States District Court for the Northern District of California, the United States District Court for the District of Arizona, and the United States District Court for the District of Colorado) seeking to quash the Subpoenas (the "Motions to Quash").

4. After conferring, counsel for Plaintiff and John Doe agreed on a stipulated briefing schedule for all of the Motions to Quash (the "Stipulated Briefing Schedule") and jointly requested that each Court in which a Motion to Quash was pending enter the briefing schedule.

5. Each Court in which a Motion to Quash was pending has entered the Stipulated Briefing Schedule.

6. Under the Stipulated Briefing Schedule, briefing will be complete on or before October 12, 2020.

7. Plaintiff will submit a Status Report once the Motions to Quash are resolved.

Respectfully submitted this 31st day of August, 2020.

KUTAK ROCK LLP

*s/ Chad T. Nitta*
Chad T. Nitta
Jill E. Beathard
1801 California St., Suite 3000
Denver, CO 80202
Tel: 303-297-2400
chad.nitta@kutakrock.com
jill.beathard@kutakrock.com

*ATTORNEYS FOR PLAINTIFF*

```
Counsel shall submit a status
report to the Court once the
above-referenced motions to
quash are resolved. SO ORDERED.
Dated:  Sept. 1, 2020
```

_____
LORETTA A. PRESKA, U.S.D.J.

2

4831-9932-0265.2

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2020, I electronically filed the foregoing **STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

N/A

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

<u>Via Electronic Mail Only:</u>
Mitchell A. Karlan
Avi Weitzman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel: 212.351.4000
mkarlan@gibsondunn.com
aweitzman@gibsondunn.com
*Attorneys for John Doe*

      *s/ Chad T. Nitta*
      Chad T. Nitta
      KUTAK ROCK LLP
      1801 California St., Suite 3000
      Denver, CO 80202
      Tel: 303-297-2400
      chad.nitta@kutakrock.com

4831-9932-0265.2