UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------

SPIDER LABS, LTD.,

    Plaintiff,

- Against -

JOHN DOE,

    Defendant.

--------------------------------------------------------

**Civil Action No. 20-CV-05457**

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

THIS MATTER coming before the Court on Plaintiff's Motion for Extension of Time to Serve Summons and Complaint (the "Motion") filed on October 14, 2020, and being fully advised in the premise.

IT IS ORDERED that Plaintiff's Motion is GRANTED. Plaintiff has to and including January 12, 2021 to serve the Summons and Complaint.

DATED this _____ day of _____, 2020.

BY THE COURT:

_____
United States District Judge

1

4827-5501-5118.1